| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Lataunya Gipson, §
§
    Plaintiff, §
§
versus §    Civil Action H-10-4230
§
IGS Nevada, Inc., et al., §
§
    Defendants. §

## Final Dismissal

On the plaintiff's notice, this case is dismissed without prejudice; costs of court will be paid by the party incurring them.

Signed on November 23, 2010, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge